No. 13,522.

DENVER JOINT STOCK LAND BANK OF DENVER *v.* NEWTON ET AL.

(40 P. [2d] 237)

Decided December 31, 1934.

Mr. OSMER E. SMITH, Mr. THOMAS A. NIXON, for plaintiff in error.

Mr. WILLIAM R. KELLY, for defendant in error Newton.

*En Banc.*

PER CURIAM.

THIS judgment was reversed May 28, 1934, and on petition for rehearing that opinion was withdrawn and briefs thereafter filed by counsel. It now appearing to the court that meanwhile public trustee's deed has been issued and delivered, by reason whereof the cause is now moot, it is therefore hereby ordered that the writ be dismissed.